UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIALLOBE A. McDOUGALD,                )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      Civil Action No.  10 1665
                                      )
UNITED STATES OF AMERICA, *et al.*,   )
                                      )
            Defendants.               )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The application will be granted and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff states that he has "evidents [sic] to show that [he] was the subject to the Department of Justice in reguards [sic] to criminal matters." Compl. at 2. He demands "demages [sic] by way of federal civil awards and claims for social security claims [sic] of fraud, and civil rights and amendments, for incite of federal rules and regulations laws." *Id.* Missing from the complaint are a short and plain statement of the grounds upon which the Court's jurisdiction depends and a claim that plaintiff is entitled to the relief he seeks. For these reasons, the complaint will be dismissed without prejudice for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

Date: 09/28/10